UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

**In Re:**  Chapter 7

**WILLIAM JAMES SPIGHT**  Case # 21-11820-JGR

**Debtor**

## MOTION TO ABANDON INTEREST IN PROPERTY
## PURSUANT TO 11 U.S.C SECTION 554(b)

The Debtor William James Spight, by his counsel Chip Monk of Monk Law Office, brings his Motion for Abandonment of Real Property pursuant to 11 U.S.C § 554(b) and Fed. R. Bank. P. 6007(b). He states:

*1.* The court has jurisdiction pursuant to 11 U.S.C. § 554(b) and Fed. R. Bank. P. 6007, as this Motion is related to a pending proceeding in the United States Bankruptcy Court, District of Colorado, Chapter 7 Case No. 21-11820-JGR;

*2.* Daniel Hepner is the duly appointed Chapter 7 trustee in the case;

*3.* The Debtor's estate contains real property with a legal description of: GR STM L6 BLK24 St. Michaels, Weld County, Colorado, with a street address of 3112 66th Avenue, Greeley, Colorado 80634;

*4.* The first lienholder is Bank of America. The present balance is $237,528.00 (Exhibit- Bank of America statement);

*5.* The second lienholder is Bank of America. The present balance is $19,699.00 (Exhibit- Statement summary);

*6.* Jackie Milhalchick, of Insight Realty in Loveland, Colorado, prepared a Comparative Market Analysis on March 24, 2021. Her analysis of the comparable properties suggests an asking price of $381,000.00. (Exhibit – March 24, 2021 CMA of 3112 66th Avenue, Greeley, Colorado 80634);

*7.* The applicable homestead exemption is $105,000. The cost of sale of the property would be $25,360 using a 6% real estate commission factor ($381,000 x 6% = $22,860) + probable closing costs of $2,500. The encumbrances of $257,227 ($237,528 + $19,699) plus the likely sale cost of $25,360 total $282,587, leaving a net amount of $98,413.

*8.* This real property is of inconsequential value to the bankruptcy estate and would provide no funds to creditors;

9. It is in the bests interest of the estate, the secured creditors, and those in interest that the bankruptcy estate abandon the property located at 3112 66th Avenue, Greeley, Colorado 80634;

FOR ALL GOOD REASON, the Debtor William James Spight moves the court for an Order that the Bankruptcy Trustee Estate abandon its interest in 3312 66th Avenue, Greeley, Colorado 80634 and permit the Debtor to retain the property, with it to vest in him in full.

April 26, 2021
Date

/s/ Chip Monk
Chip Monk/Monk Law Office, #12880
6500 W 29th Street #220
Greeley CO 80634
(970) 378 6659
Fax: (970) 378 7214
Email: monklaw@monklaw.org